## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:  BENJAMIN L WHITE, JR.                                       CASE NO. 17-10167
                                                                                              CHAPTER 13

### CONSENT ORDER

Considering the Motion for Relief filed on behalf of SPECIALIZED LOAN SERVICING, LLC ("Creditor"), the agreement between the parties, and applicable law; and further considering: Since the motion for relief filing, the Debtor, BENJAMIN L WHITE, JR., has paid to Creditor, $2,798.00.  Creditor had $958.07 in unapplied funds at the time of motion for relief was filed. Creditor utilized these funds totaling $3,756.07 to apply the post-petition monthly mortgage payments for September 2017 through and including October 2017 in the amount of $1,420.65 each, leaving $914.77 in unapplied funds.  Creditor acknowledges receipt of said payment in the amount of $2,798.00;

**IT IS ORDERED** that the Debtor's attorney shall file a Modified Chapter 13 plan within fifteen days of this order.  Said plan is to include the post-petition arrears of $16,310.27, which represents the November 2017 through March 2018 post-petition payments in the amount of $1,420.65 each, and April 2018 through and including October 2018 post-petition payments in the amount of $1,445.97 each, less unapplied funds of $914.77, showing a total arrearage claim of $16,310.27.

**IT IS FURTHER ORDERED** that the debtor shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the November 01, 2018 installment in the amount of $1,445.97.

**IT IS FURTHER ORDERED** that in the event the Debtor fails to abide by this Consent Order, the Modified Chapter 13 Plan or to hereafter timely make the payments to Creditor, then

Creditor shall be entitled to *ex parte* relief from the automatic stay after the following: (a) Creditor provides notice of default to ***debtor and*** Debtor's counsel which provides that the Debtor shall cure within 10 days, (b) Debtor fails to cure the default, and (c) Creditor files, at least 30 days after the default, an ex parte motion for relief with supporting affidavit of an officer or employee of Creditor establishing such default and provides notice to the ***debtor and*** Debtor's counsel.  The ex parte relief order will allow Creditor to foreclose on the property more fully described in the mortgage filed in the record hereof, and which property bears the municipal address of 4065 Shady Ridge Drive, Zachary, Louisiana 70791.  This order shall survive until vacated, this case is dismissed, or converted to another Chapter under Title 11 of the United States Code.

Baton Rouge, Louisiana, October 10, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| DEAN MORRIS, L.L.C.<br>1820 Avenue of America<br>P. O. Box 15270<br>Monroe, LA  71207-5270<br> (318) 388-1440 | Rena L. Hester<br>Attorney at Law<br>P.O. Box 74240<br>Baton Rouge, LA 70874-4240 |
| By:  /s/ Jason R. Smith<br>Jason R. Smith (Bar # 34981)<br>Attorneys for Creditor | By:  /s/ Rena L. Hester<br>Rena L. Hester<br>Attorney for Debtor |